COMPANY, Defendant, Respondent.— Motion for resettlement denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JACOB PORTNOY, Respondent, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present—Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

PREFERRED OIL COMPANY, INC., Appellant, v. ANSONIA MANAGEMENT CORP., Defendant, and BRIERFIELD OPERATING CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

CHARLES RESNICK, Respondent, v. LOUIS BLITSTEIN and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ANNA SANTISE, Respondent, v. MARTINS, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ESTHER SHAPIRO, as Administratrix, etc., of JOSEPH SHAPIRO, Deceased, Respondent, v. ALEXANDER DAIRY Co., INC., Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

WILLIAM STAMM, Respondent, v. HAROLD BUDDE, Appellant. HAROLD BUDDE, Appellant, v. WILLIAM STAMM, Respondent. (Consolidated actions.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

EDNA J. STEPHENS, Respondent, v. THOMAS NOLAN, MARYLAND CASUALTY COMPANY, and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

STUART REALTY COMPANY, Appellant, v. MUNICIPAL INVESTORS, INC., Defendant, and THE CITY OF NEW ROCHELLE and JOHN P. NESTLER, as Treasurer of Said City, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ABRAHAM H. WEINSTEIN and Others, Respondents, v. EMPIRE TITLE & GUARANTEE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston and Taylor, JJ.; Adel, J., not voting.

ISAAC WOLF, Respondent, v. MAX FEINER, Appellant.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

BROOKLYN TRUST COMPANY, Trustee under a Deed of Trust Dated March 30, 1936, Appellant, v. REALTY ASSOCIATES, INC., Respondent, and Others, Defend-